IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | |
| v. | : | Cr. A. No. 07-140 LPS |
| MANUEL MEDLEY | : | |
| Defendant. | : | |

ENTRY OF APPEARANCE

Please enter my appearance for Defendant Manuel Medley in the above-captioned matter.

JOSEPH W. BENSON, P. A.

Joseph W. Benson
1701 North Market Street
P. O. Box 248
Wilmington, DE 19899
Jbenson@jwbpa.com
(302) 656-8811
Attorney for Defendant,
Manuel Medley

Dated: 10/23/07