UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,            )
                                     )
            Plaintiff,               )
                                     )
                                     )    CASE NO. 07-140-UNA
        vs.                          )
                                     )
**MANUEL MEDLEY,**                   )
                                     )
            Defendant.               )

O R D E R

The defendant, **MANUEL MEDLEY**, having been scheduled for arraignment on **10/25/07** and a request for continuance having been made through counsel for the following reason: **LACK OF DISCOVERY**. The Court finds that the ends of justice served by ordering the continuance outweigh the best interest of the public and the defendant to a speedy trial. **IT IS ORDERED**, defendant's arraignment is continued until **11/26/07**, and the period between **10/25/07** and **11/26/07** shall be excludable under the Speedy Trial Act (18 U.S.C.3161, et seq.).

FILED

OCT 2 5 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____
**Honorable Leonard P. Stark**
**U.S. Magistrate Judge**

cc: Defense Counsel
    United States Attorney