IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>           Plaintiff,          )<br>                              )<br>     v.                       )     Criminal Action No. 07-140-GMS<br>                              )<br>MANUEL MEDLEY,                )<br>                              )<br>           Defendant.         ) | |

**JOINT MOTION TO CONTINUE ARRAIGNMENT AND FOR EXCLUSION OF TIME**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shawn A. Weede, Assistant United States Attorney for the District of Delaware, and the defendant, Manuel Medley, by and through his attorney, Joseph W. Benson, Esquire, and hereby submit the following:

1. On October 23, 2007, the defendant was indicted with two counts of being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), and one count of possession with intent to deliver 50 grams or more of cocaine base, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

2. On October 25, 2007, the defendant stipulated to the Government's Motion for Detention. On the same date, the defendant further agreed to continue his arraignment until November 25, 2007.

3. The parties are currently involved in plea negotiations and the Government has not yet completed discovery. Accordingly, the parties believe that additional time may benefit the resolution of this case.

4. The parties respectfully request that the Court continue the defendant's arraignment until the week of December 31, 2007. The parties further request that the Court exclude the time

from the date of this motion until the date of the arraignment, under the Speedy Trial Act (18 U.S.C. § 3161 *et seq*.). The parties submit that the time is excludable because the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h).

WHEREFORE, the parties respectfully request that the Court grant their Joint Motion to Continue Arraignment and for Exclusion of Time. A proposed Order is attached.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By: /s/ Joseph W. Benson
Joseph W. Benson
Attorney for Manuel Medley

By:     /s/ Shawn A. Weede
Shawn A. Weede
Assistant United States Attorney

Dated: November 29, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>            Plaintiff,            )<br>                                  )<br>      v.                          )<br>                                  )<br> MANUEL MEDLEY,                    )<br>                                  )<br>            Defendant.            )  | Criminal Action No. 07-140-GMS |

## ORDER

Having considered the parties' Joint Motion to Continue Arraignment and for Exclusion of Time, **IT IS HEREBY ORDERED** that the arraignment in this matter is continued and scheduled for the week of December 31, 2007.

**IT IS FURTHER ORDERED** that the period from November 29, 2007, through the date of the arraignment is excluded under the Speedy Trial Act, because the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h).

The Honorable Leonard P. Stark<br>
United States Magistrate Judge

Dated: