IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 07-140 GMS |
| | ) | |
| MANUEL MEDLEY | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER RESCHEDULING SENTENCING

IT IS HEREBY ORDERED this 24th day of July, 2008, that the sentencing hearing regarding

the above-captioned defendant is RESCHEDULED to **Wednesday, August 27, 2008, at 9:30 a.m.**

before the Honorable Gregory M. Sleet, Chief, United States District Judge, United States

Courthouse, Courtroom 4A, 844 N. King Street, Wilmington, DE.


/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE